```
 1   DARIN SNYDER (S.B. #136003)
     dsnyder@omm.com
 2   DAVID SEPANIK (S.B. #221527)
     dsepanik@omm.com
 3   JESSE KOEHLER (S.B. #300530)
     jkoehler@omm.com
 4   O'MELVENY & MYERS LLP
     Two Embarcadero Center, 28th Floor
 5   San Francisco, California  94111-3823
     Telephone:    (415) 984-8700
 6   Facsimile:    (415) 984-8701

 7   Attorneys for Plaintiff
     ARTIFEX SOFTWARE, INC.
 8
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIGTINCAN MOBILE PTY. LTD.; and BTC MOBILITY LLC,<br><br>　　　　　　　Defendants. | Case No. 5:14-cv-05415-EMC<br><br>**[PROPOSED] STIPULATED ORDER REGARDING SERVICE OF THE FIRST AMENDED COMPLAINT AND THE TIME FOR FILING RESPONSIVE PLEADINGS** |

　　　　Plaintiff Artifex, Inc. ("Plaintiff") filed a First Amended Complaint naming BigTinCan Mobile Pty. Ltd. and BTC Mobility LLC ("Defendants") as defendants on January 20, 2015.

　　　　IT IS HEREBY STIPULATED between the parties, through their undersigned counsel of record, that:

　　　　1.　　Defendants have waived formal service of the First Amended Complaint, and counsel for the Defendants has accepted service of the First Amended Complaint in Massachusetts on behalf of both Defendants.

　　　　2.　　Defendants will file an answer(s) or other response(s) to the First Amended Complaint on or before March 27, 2015.

　　　　In signing and submitting this proposed stipulated order, Defendants do not intend to waive and do not waive: (a) any defense or objection to the First Amended Complaint except for

1 | the requirement that they be formally served pursuant to Fed. R. Civ. P. 4, or any other applicable
2 | rule or law; or (b) any objection to any exercise of jurisdiction over them by this Court.

DATED: March 6, 2015         Respectfully submitted,

O'MELVENY & MYERS LLP


By:  */s/ Darin W. Snyder*
Darin W. Snyder
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700; Fax: (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

DATED: March 6, 2015         Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR, LLP


By:  */s/ Nathan L. Walker*
Nathan L. Walker
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, CA  94304
Tel:    (650) 858-6000; Fax: (650) 858-6100

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD. and BTC
MOBILITY LLC

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated:  March 6, 2015.                     O'MELVENY & MYERS LLP


                                           By:    /s/ Darin W. Snyder
                                                  Darin W. Snyder

1  IT IS SO ORDERED.

2  Dated: March  11 , 2015

_____
Judge Edward M. Chen

[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]