1  DARIN SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DAVID SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  JESSE KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., | Case No. 5:14-cv-05415-EMC |
| Plaintiff, | **STIPULATION AND [PR~~OPO~~SED] ORDER SELECTING ADR PROCESS** |
| v. | |
| BIGTINCAN MOBILE PTY. LTD.; and BTC MOBILITY LLC, | |
| Defendants. | |

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

   The parties agree to participate in the following ADR process:

   - Mediation (ADR L.R. 6).

   The parties agree to hold the ADR session by:

   - the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

| | | |
|---|---|---|
| 1 | DATED: March 18, 2015 | Respectfully submitted, |
| 2 | | O'MELVENY & MYERS LLP |

By:  */s/ Darin W. Snyder*
   Darin W. Snyder
   O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
   San Francisco, CA 94111
   Tel: (415) 984-8700; Fax: (415) 984-8701

   Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.

DATED: March 18, 2015            Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR, LLP

By:  */s/ Nathan L. Walker*
   Nathan L. Walker
   WILMER CUTLER PICKERING
     HALE AND DORR, LLP
   950 Page Mill Road
   Palo Alto, CA  94304
   Tel: (650) 858-6000; Fax: (650) 858-6100

   Attorneys for Defendants
   BIGTINCAN MOBILE PTY. LTD. and BTC
   MOBILITY LLC

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated:  March 18, 2015.                    O'MELVENY & MYERS LLP


                                           By:    /s/ Darin W. Snyder
                                                  Darin W. Snyder

1 | **[PROPOSED] ORDER**

2 | The parties' stipulation is adopted and IT IS SO ORDERED.

3 |

4 | Dated: March  30 , 2015                    _____
     Honorable Edward M. Chen
5 |                                             United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*