DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:	(415) 984-8700
Facsimile:	(415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.


MARK D. FLANAGAN (S.B. #130303)
mark.flanagan@wilmerhale.com
NATHAN L. WALKER (S.B. #206128)
nathan.walker@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:	(650) 858-6000
Facsimile:	(650) 858-6100

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>BIGTINCAN MOBILE PTY. LTD.; and<br>BTC MOBILITY LLC,<br><br>                Defendants. | Civil Action No. 3:14-cv-05415-EMC<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF JULY 23, 2015 FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiff Artifex Software, Inc. and defendants BigTinCan Mobile Pty. Ltd. and BTC
2  Mobility LLC, through their respective counsel of record, and subject to the approval of the
3  Court, hereby agree and stipulate as follows:
4    1.  The parties' settlement discussions have continued since the June 11, 2014
5  mediation session.
6    2.  The parties have made significant progress toward settlement.
7    3.  The parties would like to obtain additional time to exhaust their settlement efforts
8  before the next Case Management Conference.
9    4.  Given the parties' continuing desire and effort to reach a settlement, good cause
10 exists, and the parties respectfully ask the Court, to reset the Further Case Management
11 Conference—currently scheduled for July 23, 2015—for August 27, 2015 at 10:30 a.m. or for a
12 subsequent date more convenient for the Court.
13   **SO STIPULATED.**

Dated: July 17, 2015              DARIN W. SNYDER
                                  O'MELVENY & MYERS LLP


                                  By: */s/ Darin W. Snyder*
                                         Darin W. Snyder

                                  Attorneys for Plaintiff
                                  ARTIFEX SOFTWARE, INC.


Dated: July 17, 2015              NATHAN L. WALKER
                                  WILMER CUTLER PICKERING
                                     HALE AND DORR, LLP


                                  By: */s/ Nathan L Walker*
                                         Nathan L. Walker

                                  Attorneys for Defendants
                                  BIGTINCAN MOBILE PTY. LTD.
                                  and BTC MOBILITY LLC

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: July 17, 2015          O'MELVENY & MYERS LLP

By:   */s/ Darin W. Snyder*
      Darin W. Snyder

**[PR~~O~~OPOSED] ORDER**

IT IS ORDERED that the foregoing Stipulation is approved. The Further Case Management Conference is reset for ___August 27___, 2015 at 10:30 a.m. in Courtroom 5, 17th Floor, San Francisco.

Dated: ___7/20___, 2015      _____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

- 4 -

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC