1   DARIN W. SNYDER (S.B. #136003)
    dsnyder@omm.com
2   DAVID J. SEPANIK (S.B. #221527)
    dsepanik@omm.com
3   JESSE J. KOEHLER (S.B. #300530)
    jkoehler@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, California  94111-3823
    Telephone:     (415) 984-8700
6   Facsimile:     (415) 984-8701

7   Attorneys for Plaintiff
    ARTIFEX SOFTWARE, INC.
8

9   MARK D. FLANAGAN (S.B. #130303)
    mark.flanagan@wilmerhale.com
10  NATHAN L. WALKER (S.B. #206128)
    nathan.walker@wilmerhale.com
11  WILMER CUTLER PICKERING
      HALE AND DORR, LLP
12  950 Page Mill Road
    Palo Alto, California 94304
13  Telephone:     (650) 858-6000
    Facsimile:     (650) 858-6100
14

15  Attorneys for Defendants
    BIGTINCAN MOBILE PTY. LTD.
16  and BTC MOBILITY LLC

17              **UNITED STATES DISTRICT COURT**

18             **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN FRANCISCO**

20

21  ARTIFEX SOFTWARE, INC.,              Civil Action No. 3:14-cv-05415-EMC

22          Plaintiff,                   **JOINT STIPULATION REGARDING
                                         CONTINUANCE OF AUGUST 27, 2015
23      v.                               FURTHER CASE MANAGEMENT
                                         CONFERENCE AND [PROPOSED]
24  BIGTINCAN MOBILE PTY. LTD.; and      ORDER**
    BTC MOBILITY LLC,
25
            Defendants.
26

27

28

Plaintiff Artifex Software, Inc. and defendants BigTinCan Mobile Pty. Ltd. and BTC Mobility LLC, through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1.     The parties' settlement discussions have continued since the June 11, 2014 mediation session.

2.     The parties continue to make significant progress toward settlement.

3.     The parties would like to obtain additional time to exhaust their settlement efforts before the next Case Management Conference.

4.     Given the parties' continuing desire and effort to reach a settlement, good cause exists, and the parties respectfully ask the Court, to reset the Further Case Management Conference—currently scheduled for August 27, 2015—for September 24, 2015 at 10:30 a.m. or for a subsequent date more convenient for the Court.

**SO STIPULATED.**

Dated: August 20, 2015

DARIN W. SNYDER
O'MELVENY & MYERS LLP


By: _/s/ Darin W. Snyder_
    Darin W. Snyder

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.


Dated: August 20, 2015

NATHAN L. WALKER
WILMER CUTLER PICKERING
   HALE AND DORR, LLP


By: _/s/ Nathan L Walker_
    Nathan L. Walker

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated:  August 20, 2015                    O'MELVENY & MYERS LLP


By:        */s/ Darin W. Snyder*
                    Darin W. Snyder

1

**[PROPOSED] ORDER**

2

IT IS ORDERED that the foregoing Stipulation is approved.  The Further Case

3

Management Conference is reset for _September 24_, 2015 at 10:30 a.m. in Courtroom 5,

4

17th Floor, San Francisco.  An updated joint CMC statement shall be filed by
September 17, 2015.

5

6

Dated: _August 24_, 2015   _____

7

Honorable Edward M. Chen
United States D...

8

IT IS SO ORDERED
AS MODIFIED

9

Judge Edward M. Chen

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC