DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.


MARK D. FLANAGAN (S.B. #130303)
mark.flanagan@wilmerhale.com
NATHAN L. WALKER (S.B. #206128)
nathan.walker@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 858-6000
Facsimile:    (650) 858-6100

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>BIGTINCAN MOBILE PTY. LTD.; and<br>BTC MOBILITY LLC,<br><br>   Defendants. | Civil Action No. 3:14-cv-05415-EMC<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF OCTOBER 1, 2015 FURTHER CASE MANAGEMENT CONFERENCE AND ORDER** |

Plaintiff Artifex Software, Inc. and defendants BigTinCan Mobile Pty. Ltd. and BTC Mobility LLC, through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1. The parties' settlement discussions have continued since the June 11, 2015 mediation session.

2. The parties continue to make progress toward settlement.

3. The parties would like to obtain additional time to exhaust their settlement efforts before the next Case Management Conference.

4. Given the parties' continuing desire and effort to reach a settlement, good cause exists, and the parties respectfully ask the Court, to reset the Further Case Management Conference—currently scheduled for October 1, 2015—for October 15, 2015 at 10:30 a.m. or for a subsequent date more convenient for the Court.

**SO STIPULATED.**

Dated: September 24, 2015

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
      Darin W. Snyder

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

Dated: September 24, 2015

NATHAN L. WALKER
WILMER CUTLER PICKERING
  HALE AND DORR, LLP

By: */s/ Nathan L Walker*
      Nathan L. Walker

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

- 2 -

JOINT STIPULATION RE:
CMC AND ORDER CASE NO.
3:14-CV-05415-EMC

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: September 24, 2015     O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
Darin W. Snyder

- 3 -

JOINT STIPULATION RE:
CMC AND ORDER CASE NO.
3:14-CV-05415-EMC

**ORDER**

IT IS ORDERED that the foregoing Stipulation is approved. The Further Case Management Conference is reset for October 15, 2015 at 10:30 a.m. in Courtroom 5, 17th Floor, San Francisco.

Dated: September 25, 2015

_____
Honorable Edward M. Chen
United States District Judge

- 4 -

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC