DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:      (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.


MARK D. FLANAGAN (S.B. #130303)
mark.flanagan@wilmerhale.com
NATHAN L. WALKER (S.B. #206128)
nathan.walker@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:      (650) 858-6000
Facsimile:      (650) 858-6100

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>BIGTINCAN MOBILE PTY. LTD.; and<br>BTC MOBILITY LLC,<br><br>                Defendants. | Civil Action No. 3:14-cv-05415-EMC<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF OCTOBER 15, 2015 FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiff Artifex Software, Inc. and defendants BigTinCan Mobile Pty. Ltd. and BTC

2  Mobility LLC, through their respective counsel of record, and subject to the approval of the

3  Court, hereby agree and stipulate as follows:

4    1.    The parties' settlement discussions have continued since the June 11, 2015

5  mediation session.

6    2.    The parties continue to make progress toward settlement.

7    3.    The parties would like to obtain additional time to exhaust their settlement efforts

8  before the next Case Management Conference.

9    4.    Given the parties' continuing desire and effort to reach a settlement, good cause

10  exists, and the parties respectfully ask the Court, to reset the Further Case Management

11  Conference—currently scheduled for October 15, 2015—for October 29, 2015 at 10:30 a.m. or

12  for a subsequent date more convenient for the Court.

13    **SO STIPULATED.**

14    Dated: October 13, 2015          DARIN W. SNYDER
                                        O'MELVENY & MYERS LLP
15

16                                      By: _/s/ Darin W. Snyder_
                                             Darin W. Snyder
17

18                                      Attorneys for Plaintiff
                                        ARTIFEX SOFTWARE, INC.
19

20    Dated: October 13, 2015          NATHAN L. WALKER
                                        WILMER CUTLER PICKERING
21                                         HALE AND DORR, LLP

22
                                        By: _/s/ Nathan L Walker_
23                                           Nathan L. Walker

24                                      Attorneys for Defendants
                                        BIGTINCAN MOBILE PTY. LTD.
25                                      and BTC MOBILITY LLC

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has

authorized the filing.

Dated:  October 13, 2015                    WILMER CUTLER PICKERING
                                            HALE AND DORR, LLP


By:          */s/ Nathan L. Walker*
                    Nathan L. Walker

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC

1

**[PROPOSED] ORDER**

2

     IT IS ORDERED that the foregoing Stipulation is approved.  The Further Case

3

Management Conference is reset for _____ Nov. 9 _____, 2015 at 10:30 a.m. in Courtroom 5,

4

17th Floor, San Francisco.

5

6

Dated: _____ Oct. 14 _____, 2015     _____

7

Honorable Edward M. Chen

8

IT IS SO ORDERED AS MODIFIED

9

Judge Edward M. Chen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -