1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.
8

9  MARK D. FLANAGAN (S.B. #130303)
   mark.flanagan@wilmerhale.com
10 NATHAN L. WALKER (S.B. #206128)
   nathan.walker@wilmerhale.com
11 WILMER CUTLER PICKERING
     HALE AND DORR, LLP
12 950 Page Mill Road
   Palo Alto, California 94304
13 Telephone:    (650) 858-6000
   Facsimile:    (650) 858-6100
14
   Attorneys for Defendants
15 BIGTINCAN MOBILE PTY. LTD.
   and BTC MOBILITY LLC
16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., <br><br>           Plaintiff, <br><br>    v. <br><br> BIGTINCAN MOBILE PTY. LTD.; and BTC MOBILITY LLC, <br><br>           Defendants. | Civil Action No. 3:14-cv-05415-EMC <br><br> **JOINT STIPULATION REGARDING CONTINUANCE OF DECEMBER 22, 2015 FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiff Artifex Software, Inc. ("Artifex") and defendants BigTinCan Mobile Pty. Ltd.
2  and BTC Mobility LLC (collectively, "BTC"), through their respective counsel of record, and
3  subject to the approval of the Court, hereby agree and stipulate as follows:
4  1. Artifex and BTC's parent company have entered into a confidential settlement
5  agreement that provides that, upon the occurrence of certain conditions (the "Commencement
6  Conditions"), Artifex agrees to voluntarily dismiss this action with prejudice. The
7  Commencement Conditions in their entirety have not yet occurred.
8  2. BTC's parent company has requested additional time to meet the Commencement
9  Conditions.  Accordingly, the parties would like to obtain additional time for the Commencement
10 Conditions to occur, before the next Case Management Conference.  If and when the
11 Commencement Conditions occur, this action will be dismissed and there will be no need to
12 proceed with a Case Management Conference, thus conserving judicial and party resources.
13 3. In view of the foregoing, good cause exists, and the parties respectfully ask the
14 Court, to reset the Further Case Management Conference—currently scheduled for December 22,
15 2015—for February 16, 2016 at 10:30 a.m. or for a subsequent date more convenient for the
16 Court.

17 **SO STIPULATED.**

18 Dated: December 18, 2015          DARIN W. SNYDER
                                     O'MELVENY & MYERS LLP
19
20                                   By: */s/ Darin W. Snyder*
                                          Darin W. Snyder
21
22                                   Attorneys for Plaintiff
                                     ARTIFEX SOFTWARE, INC.

- 2 -

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC

ActiveUS 149960030v.2

| | | |
|---|---|---|
| 1 | Dated: December 18, 2015 | NATHAN L. WALKER |
| 2 | | WILMER CUTLER PICKERING HALE AND DORR, LLP |

By: */s/ Nathan L Walker*
      Nathan L. Walker

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

- 3 -

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC

ActiveUS 149960030v.2

1

**ATTESTATION**

2    I hereby attest that the other signatory listed concurs in this filing's content and has

3  authorized the filing.

4    Dated:  December 18, 2015        WILMER CUTLER PICKERING
                                       HALE AND DORR, LLP
5

6

7                                      By*:*    */s/ Nathan L. Walker*
                                            Nathan L. Walker

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    JOINT STIPULATION RE:
- 4 -                                         CMC AND [PROPOSED] ORDER
                                                 CASE NO. 3:14-CV-05415-EMC

ActiveUS 149960030v.2

**[PR~~OPO~~SED] ORDER**

IT IS ORDERED that the foregoing Stipulation is approved. The Further Case Management Conference is reset for ___March 3___, 2016 at 10:30 a.m. in Courtroom 5, 17th Floor, San Francisco. an updated joint CMC statement shall be filed by February 25, 2016.

Dated: ___12/18___, 2015   _____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

- 5 -

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC

ActiveUS 149960030v.2