1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
3  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.
8

9  MARK D. FLANAGAN (S.B. #130303)
   mark.flanagan@wilmerhale.com
10 NATHAN L. WALKER (S.B. #206128)
   nathan.walker@wilmerhale.com
11 WILMER CUTLER PICKERING
     HALE AND DORR, LLP
12 950 Page Mill Road
   Palo Alto, California 94304
13 Telephone:    (650) 858-6000
   Facsimile:    (650) 858-6100
14
   Attorneys for Defendants
15 BIGTINCAN MOBILE PTY. LTD.
   and BTC MOBILITY LLC
16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                              **SAN FRANCISCO**

20

21 ARTIFEX SOFTWARE, INC.,              Civil Action No. 3:14-cv-05415-EMC

22           Plaintiff,                 **JOINT STIPULATION REGARDING**
                                        **CONTINUANCE OF MARCH 3, 2016**
23     v.                               **FURTHER CASE MANAGEMENT**
                                        **CONFERENCE AND [PROPOSED]**
24 BIGTINCAN MOBILE PTY. LTD.; and      **ORDER**
   BTC MOBILITY LLC,
25
            Defendants.
26

27

28

Plaintiff Artifex Software, Inc. ("Artifex") and defendants BigTinCan Mobile Pty. Ltd. and BTC Mobility LLC (collectively, "BTC"), through their respective counsel of record, and subject to the approval of the Court, hereby agree and stipulate as follows:

1. Artifex and BTC's parent company have entered into a confidential settlement agreement that provides that, upon the occurrence of certain conditions (the "Commencement Conditions"), Artifex agrees to voluntarily dismiss this action with prejudice. The Commencement Conditions in their entirety have not yet occurred.

2. BTC's parent company has requested additional time to meet the Commencement Conditions.  Accordingly, the parties would like to obtain additional time for the Commencement Conditions to occur, before the next Case Management Conference.  If and when the Commencement Conditions occur, this action will be dismissed and there will be no need to proceed with a Case Management Conference, thus conserving judicial and party resources.

3. In view of the foregoing, good cause exists, and the parties respectfully ask the Court, to reset the Further Case Management Conference—currently scheduled for March 3, 2016—for April 7, 2016 at 10:30 a.m. or for a subsequent date more convenient for the Court.

**SO STIPULATED.**

Dated: February 25, 2016

DARIN W. SNYDER
O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
Darin W. Snyder

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

Dated: February 25, 2016

NATHAN L. WALKER
WILMER CUTLER PICKERING
   HALE AND DORR, LLP

By: */s/ Nathan L Walker*
Nathan L. Walker

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated:  February 25, 2016          O'MELVENY & MYERS LLP

                                   By:    */s/ Darin W. Snyder*
                                          Darin W. Snyder

**[PROPOSED] ORDER**

IT IS ORDERED that the foregoing Stipulation is approved. The Further Case Management Conference is reset for ___April 7___, 2016 at 10:30 a.m. in Courtroom 5, 17th Floor, San Francisco.

Dated: __February 26__, 2016  _____
Honorable Edward M. Chen
United States District Judge

- 4 -

JOINT STIPULATION RE:
CMC AND [PROPOSED] ORDER
CASE NO. 3:14-CV-05415-EMC