DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.


MARK D. FLANAGAN (S.B. #130303)
mark.flanagan@wilmerhale.com
NATHAN L. WALKER (S.B. #206128)
nathan.walker@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, CA 94306

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., | Civil Action No. 3:14-cv-05415-EMC |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| v. | |
| BIGTINCAN MOBILE PTY. LTD.; and BTC MOBILITY LLC, | |
| Defendants. | |

## STIPULATION

Plaintiff Artifex Software, Inc. and defendants BigTinCan Mobile Pty. Ltd. and BTC Mobility LLC, through their respective counsel of record, and subject to the approval of the court, hereby agree and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Artifex hereby dismisses with prejudice all claims against all defendants in the above-captioned case.

2. Each party shall bear its own attorneys' fees and costs.

SO STIPULATED.

Dated: March 29, 2016                ARTIFEX SOFTWARE, INC.

By its attorneys,

/s/ Darin W. Snyder
Darin W. Snyder

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
JESSE J. KOEHLER (S.B. #300530)
jkoehler@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

1  Dated: March 29, 2016

BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

By their attorneys,

   */s/ Nathan L. Walker*
   Nathan L. Walker

NATHAN L. WALKER (SB# 206128)
nathan.walker@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR, LLP
950 Page Mill Road
Palo Alto, CA 94306

Attorneys for Defendants
BIGTINCAN MOBILE PTY. LTD.
and BTC MOBILITY LLC

## [PROPOSED] ORDER

IT IS ORDERED that the forgoing Stipulation of Dismissal with Prejudice is approved. This action is hereby dismissed with prejudice.

Dated: 4/4, 2016   _____

Honorable Edward M. Chen
United States District Judge

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: March 29, 2016                   O'MELVENY & MYERS LLP


By:   */s/ Darin W. Snyder*
          Darin W. Snyder